**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

ELLEN FRIEDMAN                :    No. 290 EAL 2015
                                      :
                                      :
          v.                   :    Petition for Allowance of Appeal from
                                        :    the Order of the Commonwealth Court
                                      :
WORKERS' COMPENSATION APPEAL    :
BOARD (TEMPLE UNIVERSITY         :
HOSPITAL)                            :
                                      :
                                      :
PETITION OF: TEMPLE UNIVERSITY    :
HOSPITAL                           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.